Court, Appellate Division, Second Department. December 30, 1909.) Action by Thomas Brady, an infant, by John B. Brady, his guardian ad litem, against the Hudson River & Eastern Traction Company. No opinion. Judgment and order unanimously affirmed, with costs.

BRADY, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court. Appellate Division, Second Department. December 30, 1909.) Action by Mary Brady, as administratrix, etc., of Patrick Brady, deceased, against the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs, on the authority of Brady v. N. Y. C. & H. R. R. Co., 127 App. Div. 347, 111 N. Y. Supp. 507. See, also, 118 N. Y. Supp. 1096.

HIRSCHBERG, P. J., dissents.

BRADY, Respondent, v. NOLAN, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 12, 1910.) Action by Bernard Brady against David Nolan. No opinion. Judgment modified, by deducting therefrom, as of the date of the decision, the sum of $47.70 allowed as interest, and, as so modified, affirmed, without costs of this appeal to either party.

BRANDES, Respondent, v. INTERNATIONAL RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 12, 1910.) Action by Carl Brandes against the International Railway Company.

PER CURIAM. Judgment and order affirmed, with costs.

WILLIAMS, J., dissents.

BRANGACCIO, Respondent, v. WEBER PIANO CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 10, 1909.) Action by Vingenzo Brangaccio against the Weber Piano Company. No opinion. Order, in so far as appealed from, reversed, with $10 costs and disbursements, and motion granted.

BRANT, Appellant, v. SIEGER, Respondent. (Supreme Court, Appellate Division, Second Department. December 10, 1909.) Action by Henry L. Brant against Philip C. Sieger. No opinion. Motion denied, with costs. See, also, 132 App. Div. 896, 116 N. Y. Supp. 1131.

BRANT, Appellant, v. SIEGER, Respondent. (Supreme Court, Appellate Division, Second Department. January 21, 1910.) Action by Henry L. Brant against Philip C. Sieger. No opinion. Appeal dismissed, with costs. See, also, 132 App. Div. 896, 116 N. Y. Supp. 1131.

BRAUN, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. January 12, 1910.) Action by Mary Braun, as administratrix, etc., against the New York Central & Hudson River Railroad Company. No

opinion. Judgment and order (116 N. Y. Supp. 668) affirmed, with costs.

BREEZE v. BAYNE et al. (Supreme Court, Appellate Division, Fourth Department. December 10, 1909.) Action by William B. Breeze against Trivet Bayne and another. No opinion. Judgment affirmed, with costs.

BREWER, Appellant, v. ELDRIDGE, Respondent. (Supreme Court, Appellate Division, Second Department. January 21, 1910.) Action by Joseph Brewer against Louise U. Eldridge. No opinion. Judgment affirmed, with costs.

BROWN, Respondent, v. BROOKLYN, Q. C. & S. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 14, 1910.) Action by Isaac Brown against the Brooklyn, Queens County & Suburban Railroad Company. No opinion. Judgment of the Municipal Court affirmed by default, with costs.

BROWN, Appellant, v. NATIONAL FIRE INS. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. December 8, 1909.) Action by John L. Brown against the National Fire Insurance Company. No opinion. Judgment affirmed, with costs.

In re BRUBAKER. (Supreme Court, Appellate Division, Second Department. January 21, 1910.) In the matter of the application of Arthur Brubaker for admission to the bar. No opinion. Application granted.

BRYERS, Respondent, v. IROQUOIS CHINA CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 26, 1910.) Action by Frederick G. Bryers against the Iroquois China Company.

PER CURIAM. Judgment and order of County Court and judgment and order of Municipal Court reversed, with costs in all courts to appellant. Held, that the plaintiff failed to establish actionable negligence against the defendant.

KRUSE, J., dissents.

BUCKLEY, Appellant, v. HASELL, Respondent. (Supreme Court, Appellate Division, First Department. December 24, 1909.) Action by Leander J. Buckley against Adelia A. Hasell, individually, etc. J. S. Davenport, for appellant. H. H. Snedeker, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 118 App. Div. 356, 103 N. Y. Supp. 377.

BURNS et al., Appellants, v. BENNETT, Respondent. (Supreme Court, Appellate Division, Second Department. January 21, 1910.) Action by Bridget Burns and another against William W. Bennett. No opinion. Motion to open default denied, with costs. See, also, 119 N. Y. Supp. 1116.

BURSTEIN, Respondent, v. LEVINE, Appellant. (Supreme Court, Appellate Division,

Second Department. January 21, 1910.) Action by Assik Burstein against Ellis Levine. No opinion. Motion denied, on condition that the appellant perfect his appeal and be ready for argument at the next term of this court; otherwise, motion granted, with costs.

BURSTEIN et al., Respondents, v. SULLIVAN, Appellant. (Supreme Court, Appellate Division, Second Department. January 21, 1910.) Action by Louis Burstein and others against William F. Sullivan. No opinion. Motion for reargument denied, with $10 costs. For former decision, see 119 N. Y. Supp. 317.

BUTNORS, Appellant, v. NATIONAL SUGAR REFINING CO., Respondent. (Supreme Court, Appellate Division, Second Department. December 10, 1909.) Action by Alexander Butnors against the National Sugar Refining Company. No opinion. Judgment and order reversed, and new trial granted, costs to abide the event, for error in excluding evidence to show the condition of the belt before the accident.

BUTTERICK PUB. CO., Appellant, v. LINDAU, Respondent. (Supreme Court, Appellate Division, First Department. January 28, 1910.) Action by the Butterick Publishing Company against Simon Lindau. J. B. Sheehan, for appellant. C. A. Kalish, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

CALLANAN, Respondent, v. KEESEVILLE, A. C. & L. C. R. CO. et al., Appellants. (Supreme Court, Appellate Division, Third Department. January 14, 1910.) Action by Michael J. Callanan, suing individually and in behalf of other stockholders of the defendant company similarly situated, against the Keeseville, Ausable Chasm & Lake Champlain Railroad Company and others.

PER CURIAM. Plaintiff's application for leave to appeal to the Court of Appeals granted. Upon such appeal the following question is certified: "Was the relief properly conditioned on payment or provision for payment of the expenditures made after action brought?" If plaintiff, pursuant to the permission granted, appeals to the Court of Appeals within 30 days, the time within which plaintiff must elect whether he will comply with the conditions specified, as provided in the thirteenth paragraph of the interlocutory judgment, is extended to 30 days after the determination by the Court of Appeals of the appeal so taken. Application of the defendant for leave to appeal to the Court of Appeals granted. Upon such appeal the following questions are certified: "(1) Was the judgment authorized by the evidence and findings of the referee? (2) Is the judgment secundum allegata? (3) Did the reception in evidence of conversations between Powers and Mansfield, or either of them, and the officers and directors of the railroad company before and at the time of the making of the contract, as detailed at folios 2712, 3130, 3137, 3140, 3898, 3904, 3915, 3916, 4102, 4105,

5556, over the objection and exception of the defendants Powers and Mansfield, constitute reversible error?" See, also, 132 App. Div. 940, 118 N. Y. Supp. 1097.

CAMPANELLA, Appellant, v. FREEMAN, Respondent. (Supreme Court Appellate Division, First Department. January 28, 1910.) Action by Mike Campanella against Alfred Freeman. H. S. Bird, for appellant. S. Wechsler, for respondent. No opinion. Order reversed, without costs, and motion granted, upon plaintiff's paying all taxable costs to date, including trial fee. Cause restored to the day calendar. Order filed.

CAMPBELL, Respondent, v. FRONTIER TELEPHONE CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 12, 1910.) Action by Albert E. Campbell against the Frontier Telephone Company. No opinion. Motion for reargument denied, with $10 costs. Motion for leave to appeal to Court of Appeals denied. For former decision, see 119 N. Y. Supp. 1116.

CAPLAN, Appellant, v. GUION et al., Respondents. (Supreme Court, Appellate Division, Second Department. January 21, 1910.) In the matter of supplementary proceedings in an action of Alexander Caplan against Harry Guion and another. No opinion. Order of the County Court of Kings County affirmed, with $10 costs and disbursements. See, also, 132 App. Div. 896, 116 N. Y. Supp. 1132.

CARCIONE, Respondent, v. McDONALD et al., Appellants. (Supreme Court, Appellate Division, Second Department. December 30, 1909.) Action by Antonio Carcione against John B. McDonald and another. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 130 App. Div. 894, 114 N. Y. Supp. 1121.

CAREY, Respondent, v. AMERICAN ICE CO., Appellant. (Supreme Court, Appellate Division, First Department. December 17, 1909.) Action by John Carey, an infant, etc., against the American Ice Company. B. B. Gattell, for appellant. L. F. Fish, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

CARLIN, Appellant, v. NEW YORK DOCK CO. et al., Respondents. (Supreme Court, Appellate Division, Second Department. January 21, 1910.) Action by Sarah A. Carlin, as administratrix, etc., against the New York Dock Company and another. No opinion. Motion for reargument granted upon the single question whether the decedent was the fellow servant of the captain, and case set down for Tuesday, March 1, 1910. For former decision, see 120 N. Y. Supp. 261.

CASEY, Respondent, v. CLARKE et al., Appellants. (Supreme Court, Appellate Division, First Department. December 24, 1909.) Action by Michael Casey against Thomas A.